IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMAL A. HARRIS,<br><br>    Plaintiff,<br><br> v.<br><br>JOHN E. FRANKE, KIMBERLY DUNN, and DAVID EBRAHIM,<br><br>    Defendants. | Case No. 22-cv-284-JPG |

## JUDGMENT

This matter having come before the Court, and no party having timely sought substitution for the deceased plaintiff,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED: May 23, 2024**

                                        **MONICA A. STUMP, Clerk of Court**

                                        **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**